

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
|  | § |  |
| In re: | § | No. 08-19-00180-CV |
|  | § |  |
| WHATABURGER RESTAURANTS, L.L.C., | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
| Relator. | § |  |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Ruben Morales, Judge of the County Court at Law No. 7 of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 6TH DAY OF JANUARY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Alley, J., Dissenting